1 **DWIGHT M. SAMUEL (CA BAR# 054486)**
A PROFESSIONAL CORPORATION
2 117 J Street, Suite 202
Sacramento, California 95814
3 916-447-1193

4 Attorney for Defendant     **OK/HAV**
Michael Francis Egan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 03-0471 DFL |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| Michael Francis Egan, ) | |
| Defendant. ) | |
| _____) | |

Defendant, through his counsel, Dwight M. Samuel, and the United States of America, through Assistant U.S. Attorney, Phillip A. Ferrari, stipulate that the Status conference presently set for April 6, 2006 at 10:00 am should be continued to April 20, 2006 at 10:00 am.

In addition, it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-2, T-4.

Respectfully submitted,

DATED: March 30, 2006      /S/_____
DWIGHT M. SAMUEL
Attorney for Defendant
Michael Francis Egan

1

DATED: March 30, 2006        /S/_____
                                       Phillip Ferrari
                                       Assistant United States Attorney
                                       (Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: 3/31/2006

_____
DAVID F. LEVI
United States District Judge

G:\DOCS\LEV\3. Signed Orders to be Processed\03cr471.o.43.wpd.wpd