McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. S-03-471 DFL |
| ) | |
| v. ) | |
| ) | |
| MICHAEL F. EGAN, ) | ORDER DECLARING FORFEITURE OF |
| ) | BOND AND SCHEDULING FURTHER |
| Defendant, ) | PROCEEDINGS |
| and ) | |
| ) | |
| LOIS EGAN-GROSS, ) | |
| ) | |
| Surety. ) | |

   WHEREFORE, the defendant Michael F. Egan was released from custody in this case on a $350,000 bond secured by real property at 3318 C Street, Sacramento, which property was owned and posted by Lois Egan-Gross; and

   WHEREFORE, the defendant was released on conditions that he make all future appearances in this Court, and that he not travel outside the State of California without approval of the Pretrial Services Office, and that he reside only at a residence as approved by the Pretrial Services Office; and

1

1    WHEREFORE, the defendant Michael F. Egan failed to appear as
2 ordered in this Court on May 22, 2007 and May 24, 2007, and also
3 failed to comply with other conditions of his release including
4 that he reside at a residence approved by the Pretrial Services
5 Office, in violation of the conditions of his release order;
6    Based on the foregoing, and for good cause shown, **IT IS HEREBY**
7 **ORDERED** that:
8    (1) Pursuant to Title 18, United States Code, Section 3146(d),
9 and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, the
10 appearance bond in this case of $350,000, including the real
11 property located at 3318 C Street, Sacramento, securing such bond,
12 is ordered **FORFEITED**; and
13    (2) Pursuant to Rule 46(f)(3)(B) and (C), the Clerk of the
14 Court is directed to serve a copy of this Order and of the
15 Government's Motion Pursuant to Rule 46(f) for an Order Declaring
16 the Bond Forfeited, on the following person and address:
17         Lois Egan Gross
           2743 Land Park Drive
18         Sacramento, California 95818;
19 and
20    (3) A status conference on forfeiture of the bond and further
21 proceedings in this matter is scheduled for Thursday, May 31, 2007
22 at 10 am, in Courtroom 7, 14th floor, 501 I Street, Sacramento,
23 California.
24
25 DATED: May 30, 2007
26
27                            /s/ David F. Levi
                              HONORABLE DAVID F. LEVI
28                            Chief Judge, U.S. District Court

2