```
HAYES H. GABLE, III
Attorney at Law - SBN 060368
428 J Street, Suite 354
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Surety
LOIS EGAN-GROSS
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>        Plaintiff,                            )<br>    vs.                                          )<br>                                                        )<br>MICHAEL F. EGAN,                        )<br>                                                        )<br>        Defendant.                         )<br>_____) | Case No. Cr.-S-03-471 DLJ<br><br>**ORDER EXONERATING BOND** |

Good cause appearing and the defendant currently being incarcerated and serving the sentence imposed by the Court,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of the defendant be exonerated and the property posted for bail on behalf of this defendant be reconveyed.

Dated: July 24, 2007          /s/ D. Lowell Jensen
                                              D. LOWELL JENSEN
                                              Senior United States District Judge

1