IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL F. EGAN,<br><br>　　　　Defendant. | No. Cr. S-03-0471 DLJ |
| UNITED STATES OF AMERICA,<br><br>　　　　Cross Claimant,<br><br>　　v.<br><br>MICHAEL F. EGAN<br><br>　　　　Cross Defendant.　　／ | <u>No. Cr. S-07-0380 LKK</u><br><br><br>**Non-Related Case Order** |

　　　Case number Cr.-S-03-0471-DLJ, based on the indictment of October 30, 2003 against Michael F. Egan, was closed on July 25, 2007, the defendant having been sentenced on June 13, 2007 and his bail bond having been exonerated on July 25, 2007.  The events giving rise to the new case, number Cr.-S-07-0380 LKK, based on the indictment of August 23, 2007 against Michael F. Egan, occurred before Judge Levi during the prosecution of the previous case, Cr.-S-03-0471-DLJ (then 03-0471-DFL).  Judge Levi

1

no longer presides in the United States District Court for the Eastern District of California. Local Rule section 83-123(a)(1) makes these two cases against Mr. Egan related in that they involve the same parties. Counsel gave notice on August 25, 2007 that these two cases are related, in compliance with Local Rule section 83-123(b).

For the foregoing reasons, the above-captioned cases are related but no savings of judicial effort would be achieved by reassignment of the two cases to a single Judge under Local Rule section 83-123(c). Such savings might be accomplished were Judge Levi available to preside over the later case. In his absence, judicial economy is effected equally by any other Judge assigned to the United States District Court for the Eastern District.

IT IS HEREBY ORDERED that above-captioned cases are not related for purposes of assignment.

Dated: Sept. 17, 2007

D. LOWELL JENSEN
Senior United States District Judge