UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 7, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL F. EGAN,<br><br>  Defendant. | Case No. 2:03-CR-00471-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL F. EGAN ,

Case No. 2:03-CR-00471-01  Charge 18 U.S.C. § 3606 , from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

__X__  (Other):  Ordered released on the terms and conditions stated on the record.

Issued at Sacramento, California on April 7, 2016 at 9:45 AM.

By: _____
District Judge Troy L. Nunley